John WEBER, Appellant, v. UNITED STATES of America, Appellee.

No. 12385.

Circuit Court of Appeals, Fifth Circuit.

June 21, 1948.

Rehearing Denied July 12, 1948.

No appearance entered for appellant.

Cavett S. Binion, Asst. U. S. Atty., of Fort Worth, Tex., for appellee.

Before HUTCHESON, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

No reversible error being made to appear, the judgment appealed from is affirmed.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. ARTON STUDIOS, Inc., Respondent.

No. 9635.

Circuit Court of Appeals, Third Circuit.

Argued May 18, 1948.

Decided June 8, 1948.

Harvey Diamond, of Washington, D. C. (David P. Findling, Associate Gen. Counsel, Ruth Weyand Acting Asst. Gen. Counsel, and Owsley Vose, Atty., National Labor Relations Board, all of Washington, D. C., on the brief), for petitioner.

Emil Goldhaber, of Philadelphia, Pa., for respondent.

Before BIGGS, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

An examination of the record shows that there is ample evidence to support the findings of fact made by the National Labor Relations Board and that the Board's conclusions of law are correct. Moreover, we can see no reason, in the light of all the circumstances, why the notice required by the Board's order to be given by the employer to its employees is too harsh or is improper. A decree enforcing the order of the Board may be submitted.

Lester Marion NICHOLS, Appellant, v. UNITED STATES of America, Appellee.

No. 12287.

Circuit Court of Appeals, Fifth Circuit.

June 8, 1948.

In forma pauperis.

G. Hall Taylor, of Atlanta, Ga., for appellant.

J. Ellis Mundy, U.S. Atty. and Harvey H. Tisinger and Lamar N. Smith, Asst, U.S. Attys., all of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Steve WATSON, alias Steve Wilson, Appellant, v. UNITED STATES of America, Appellee.

No. 12207.

Circuit Court of Appeals, Fifth Circuit.

June 8, 1948.

In forma pauperis.

No appearance for appellant.

J. Ellis Mundy, U.S. Atty., and James T. Manning, Asst. U.S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.